IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE BURLINGTON INSURANCE
COMPANY,

    Plaintiff,

vs.

Case No. C2-08-1054
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

PMI AMERICA, INC.,
    et al.,

    Defendants.

## ORDER

For good cause shown, the Joint Motion For Stay of Proceedings pending determination of post trial motions now before the tral court in the underlying action, *Careuse Lime, Inc. v. PMI America, Inc.*, Case No. 08-2335, Court of Common Pleas of Alleghany County, Pennsylvania (the "*Carmeuse* Action") and appeals from such determinations, if any, is hereby **GRANTED**. Counsel for Defendants, PMI America, Inc. and Process Group, Inc., shall file with the Court a status update on the *Carmeuse* Action every ninety (90) days following the entry of this Order. The Court's August 5, 2009 Order Setting Trial Date and Settlement Conference is hereby **VACATED**. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this action until such time as the parties move to re-open the case following resolution of the *Carmeuse* Action.

    **IT IS SO ORDERED.**

1-20-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE