## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**THE BURLINGTON INSURANCE**
**COMPANY,**

      **Plaintiff,**

                                  **Case No. C2-08-1054**
**vs.**                               **Judge Edmund A. Sargus, Jr.**
                                  **Magistrate Judge Norah McCann King**

**PMI AMERICA, INC.,**
      **et al.,**

      **Defendants.**

### ORDER

For good cause shown, the Joint Motion For Stay of Proceedings pending determination of post trial motions now before the tral court in the underlying action, *Careuse Lime, Inc. v. PMI America, Inc.*, Case No. 08-2335, Court of Common Pleas of Alleghany County, Pennsylvania (the "*Carmeuse* Action") and appeals from such determinations, if any, is hereby **GRANTED**. Counsel for Defendants, PMI America, Inc. and Process Group, Inc., shall file with the Court a status update on the *Carmeuse* Action every ninety (90) days following the entry of this Order. The Court's August 5, 2009 Order Setting Trial Date and Settlement Conference is hereby **VACATED**. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this action until such time as the parties move to re-open the case following resolution of the *Carmeuse* Action.

      **IT IS SO ORDERED.**

_____1-20-2010_____
**DATED**

                 _____
                 **EDMUND A. SARGUS, JR.**
                 **UNITED STATES DISTRICT JUDGE**