UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE BURLINGTON INSURANCE
COMPANY,

    Plaintiff,

v.

PMI AMERICA, INC., et al.,

    Defendants.

Case No. 2:08-CV-1054
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The trial scheduled for September 4, 2012 is **VACATED** and **RESCHEDULED** for September 5, 2012. The remaining scheduled deadlines and the final pretrial conference remain unchanged. (Doc. No. 154.)

**IT IS SO ORDERED.**

6-21-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE