IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | )<br>)<br>) CASE NO. 2:08CV1054 |
| Plaintiff, | )<br>)<br>) **JUDGE EDMUND A. SARGUS, JR.** |
| vs. | )<br>) MAGISTRATE JUDGE NORAH M. KING |
| PMI AMERICA, INC., *et al.*, | )<br>) |
| Defendants. | ) |

### STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE

We, the attorneys for the respective parties, do hereby stipulate that the Complaint, Counterclaims, Cross-claims and all claims by and between all parties related thereto shall be dismissed with prejudice, with each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

APPROVED:

_____
Judge Edmund A. Sargus, Jr.

Respectfully submitted,

*/s/ Colin R. Jennings*
Colin R. Jennings (0068704), Trial Attorney
SQUIRE SANDERS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

/s/  Kenneth B. Flacks
Kenneth B. Flacks (0005141)
KATZMAN LOGAN HALPER & BENNETT
9000 Plainfield Road
Cincinnati, OH  45236
Telephone: (513) 793-4400
Facsimile: (513) 793-4691
*Attorneys for Defendant*
*Liberty Mutual Insurance Company*


/s/ *Edward J. Stoll*
EDWARD J. STOLL, JR. (0063533)
Stoll, Ltd.
1850 Kathryn Drive
Westlake, OH  44145
Email: Stoll@Stoll-Ltd.com
Phone: 440-552-7063
Direct E-Fax: 732-753-6275
*Attorney for Plaintiff The Burlington Insurance Company*

/s/  William J. Pohlman
William J. Pohlman
Martha C. Brewer
VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay Street
Columbus, OH  43215
*Attorneys for Defendant Carmeuse Lime, Inc.*


/s/  Hugh C. Carlin
Hugh C. Carlin
GROSS, SHUMAN, BRIZDLE & GILFILLAN, P.C.
465 Main Street, Suite 600
Buffalo, NY  14203
Email:  hcarlin@gross-shuman.com

James D. Abrams
TAFT STETTINIUS & HOLLISTER LLP
65 E. State Street, Suite 1000
Columbus, OH 43215-4213
*Attorneys for Defendants PMI America, Inc. and Process Group, Inc.*

## CERTIFICATE OF SERVICE

We hereby certify that on September 17, 2012, a copy of the foregoing Stipulated Entry of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

*s/William J. Pohlman*
William J. Pohlman
*Attorneys for Defendant*
*Carmeuse Lime, Inc.*